**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ORTHOTIC & PROSTHETIC CENTERS, INC., a Florida corporation,<br><br>       Plaintiff<br>vs.<br><br>LEVEL FOUR ORTHOTICS AND PROSTHETICS, INC., a North Carolina corporation,<br><br>       Defendant. | Case No. 8:18-cv-02609-SDM-SPF |

## DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Defendant Level Four Orthotics and Prosthetics, Inc. ("Defendant" or "Level Four") submits this Answer, Affirmative Defenses, and Counterclaim to Orthotic & Prosthetic Centers, Inc.'s ("Plaintiff" or "O&PCI") Complaint.[1] Level Four denies all allegations and characterizations of the Complaint except those expressly admitted below. Level Four's investigation and discovery regarding the acts of the Complaint are ongoing, and Level Four reserves the right to amend or supplement this Answer as may be necessary.

### RESPONSE TO "NATURE OF THE CASE"

1. Level Four admits that Plaintiff's Complaint purports to seek injunctive and monetary relief arising under the Lanham Act, 15 U.S.C. § 1125(a), and Florida's trademark and unfair competition common laws. Level Four denies any remaining allegations in this Paragraph.

---

[1] Because "OPC" is an alleged trademark at issue in this case, Level Four objects to Plaintiff Orthotic & Prosthetic Centers, Inc.'s characterization of itself as "OPC" and refers to Plaintiff Orthotic & Prosthetic Centers, Inc. instead as "Plaintiff" or "O&PCI."

## RESPONSES TO "PARTIES"

2.      Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

3.      Denied.

4.      Level Four admits that it maintains a place of business at 2534 Empire Drive, Winston-Salem, North Carolina 27103, and that Level Four operates clinics in the state of Florida.  Level Four denies any remaining allegations in this Paragraph.

5.      Level Four admits that it offers high quality prosthetics, orthotics, and cranial remodeling.  Level Four denies any remaining allegations in this Paragraph.

## RESPONSES TO "JURISDICTION AND VENUE"

6.      This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

7.      This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four admits that it conducts business and has clinics in Florida.  Level Four denies any remaining allegations in this Paragraph.

8.      This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

9.      This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

10.     This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

11.     This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

12.     This Paragraph contains conclusions of law to which no response is required.  To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

## RESPONSES TO "FACTUAL BACKGROUND"

13.     Denied.

14.     Denied.

15.     Denied.

16.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

17.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

18.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

19.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

20.     Denied.

21.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

22.     Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

23.     Level Four admits only that the online records of the United States Patent and Trademark Office ("USPTO") list Plaintiff as the owner of U.S. App. No. 87/917,850, submitted May 11, 2018 based on Section 1(a) of the Lanham Act for "fabrication of orthotic and prosthetic devices" in International Class 10 and "fitting of orthotic and prosthetic devices" in International Class 44.  Level Four is without knowledge or information sufficient to form a

belief as to the truth of any remaining allegations contained in this paragraph and on that basis denies them.

24. Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

25. Denied.

26. Denied.

27. Denied.

28. Level Four is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and on that basis denies them.

29. This Paragraph contains conclusions of law to which no response is required. To the extent this Paragraph may be deemed to contain factual allegations, Level Four denies them.

30. Admitted. Further responding, Level Four states that it or its subsidiaries have operated continuously since 1981.

31. Level Four admits that it has a place of business in North Carolina and offers orthotic, prosthetic, and cranial remodeling products and services. Level Four is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in this Paragraph and on that basis denies them.

32. Level Four admits that on May 1, 2008, Level Four filed U.S. Trademark Application No. 87/901,871 for the word mark RESTORE OPC. Level Four denies any remaining allegations in this Paragraph.

33. Admitted.

34. Denied.

35. Denied.

36.     Level Four admits that on October 17, 2018 Level Four launched a website hosted at <restoreopc.com> and at that time Level Four announced that it was rebranding as Restore OPC.  Level Four denies any remaining allegations in this Paragraph.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Admitted.

48.     Admitted.

49.     Denied.

50.     Denied.

51.     Denied.

52.     Denied.

53.     Denied.

54.     Level Four admits that the goods and services described through <restoreopc.com> are for Level Four's commercial gain.  Level Four denies any remaining allegations in this Paragraph.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

## RESPONSES TO "COUNT I"
## (UNFAIR COMPETITION UNDER THE LANHAM ACT)
## (15 U.S.C. § 1125(A))

62. Level Four incorporates by reference the responses to the allegations in Paragraphs 1-61.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

## RESPONSES TO "COUNT II"
## (FLORIDA COMMON LAW TRADEMARK INFRINGEMENT)

69. Level Four incorporates by reference the responses to the allegations in Paragraphs 1-68.

70. Denied.

71. Denied.

72. Denied.

73.    Denied.

74.    Denied.

75.    Denied.

76.    Denied.

### RESPONSES TO "COUNT III"
### (FLORIDA COMMON LAW UNFAIR COMPETITION)

77.    Level Four incorporates by reference the responses to the allegations in Paragraphs 1-76.

78.    Denied.

79.    Denied.

80.    Denied.

81.    Denied.

82.    Denied.

83.    Denied.

84.    Denied.

85.    Denied.

### AFFIRMATIVE DEFENSES

Subject to the responses above, Level Four alleges and asserts the following defenses in response to the Plaintiff's allegations, undertaking the burden of proof only if required by law, regardless of how such defenses are denominated. In addition to the affirmative defenses described below, subject to the responses above, Level Four specifically reserves all rights to allege additional affirmative defenses that become known through the course of litigation and discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

Each claim in the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the equitable principle of unclean hands. For example, on information and belief, Plaintiff copied and used without authorization the logo in the OPC Logo Mark.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the equitable principles of waiver, estoppel, acquiescence, and/or laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege facts sufficient to establish that it has any trademark rights in

the letters "OPC" or the  design.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege facts sufficient to establish that registration of U.S. App. No. 87/901,871 or U.S. App. No. 88/017,042 (collectively, "Level Four's Marks") would create a likelihood of confusion, mistake, or deception.

## SIXTH AFFIRMATIVE DEFENSE

Registration of Level Four's Marks would not create a likelihood of confusion, mistake, or deception because, among other things, the marks differ with respect to sight, sound, meaning, and overall commercial impression and they are used on different goods and services in different channels of trade.

## SEVENTH AFFIRMATIVE DEFENSE

Level Four's use of Level Four's Marks is protected by fair use.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages or otherwise been harmed by any conduct of Level Four.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to mitigate Plaintiff's damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Level Four's conduct was at all times made in good faith, engaged in without malice, and was privileged and justified.

## OTHER DEFENSES RESERVED

Level Four reserves all affirmative defenses available under Rule 8(c) of the Federal Rules of Civil Procedure, and any other defenses, at law or in equity, that may be available now or in the future based on discovery or any other factual investigation.

## COUNTERCLAIMS

Defendant/Counterclaim-Plaintiff Level Four Orthotics and Prosthetics, Inc. ("Level Four"), through its undersigned counsel, alleges as follows:

### NATURE OF ACTION

This Counterclaim of Level Four seeks declarations that Plaintiff/Counterclaim-Defendant Orthotic & Prosthetic Centers, Inc.'s ("O&PCI") use of the letters "OPC" is generic or descriptive and lacks acquired distinctiveness, and that Level Four's word mark RESTORE

OPC and  design mark do not infringe any valid trademark held by O&PCI.

### PARTIES

1.      Counterclaim-Plaintiff Level Four Orthotics and Prosthetics, Inc. is a corporation organized and existing under the laws of North Carolina, and maintains a place of business at 2534 Empire Drive, Winston-Salem, North Carolina 27103.  Level Four operates 21 clinics in seven states.

2.      Upon information and belief, Counterclaim-Defendant Orthotic & Prosthetic Centers, Inc. is a corporation organized and existing under the laws of Florida, and maintains a place of business at 3611 5th Avenue North, St. Petersburg, Florida 33713.

### JURISDICTION AND VENUE

3.      O&PCI's Complaint purports to seek relief under the Lanham Act, 15 U.S.C. § 1125(a), and Florida's trademark and unfair competition common laws.

4.      This Court has jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338.

5.     O&PCI has subjected itself to personal jurisdiction by maintaining their lawsuit against Level Four in this District.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

<u>**FACTUAL BACKGROUND**</u>

7.     Since 1981, Level Four or its subsidiaries have operated clinics that offer prosthetics, orthotics, and cranial remodeling.  Level Four works directly with patients, health care providers, and top physicians and therapists to ensure that its patients receive the best and most appropriate care.

8.     On May 1, 2018, Level 4 filed United States Trademark Application No. 87/901,871 (the "'871 Application") for the word mark RESTORE OPC based on an intent to use for "artificial limbs; orthopedic devices, namely, orthopedic footwear, orthopedic braces, orthopedic devices to enable patients to stretch, exercise and strengthen the toes, legs, arms, ankles, hands, fingers, knees and feet; prosthetic devices, namely, prosthetic arms, hips, shoulders and legs; cranial remodeling devices, namely, orthopedic helmets" in International Class 10; "custom creation and fabrication of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 40; "custom design of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 42; and  "medical services, namely, maintenance in the nature of fitting and adjustment of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 44.

9.     Ten days later, on May 11, 2018, O&PCI filed United States Trademark Application No. 87/917,850 (the "'850 Application") for the design mark  based on

use for "fabrication of orthotic and prosthetic devices" in International Class 10; and "fitting of orthotic and prosthetic devices" in International Class 44.

10.     On June 27, 2018, Level 4 filed United States Trademark Application No. 88/017,042 ("the '042 Application") for the design mark  based on an intent to use for "artificial limbs; orthopedic devices, namely, orthopedic footwear, orthopedic braces, orthopedic devices to enable patients to stretch, exercise and strengthen the toes, legs, arms, ankles, hands, fingers, knees and feet; prosthetic devices, namely, prosthetic arms, hips, shoulders and legs; cranial remodeling devices, namely, orthopedic helmets" in International Class 10; "custom creation and fabrication of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 40; "custom design of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 42; and "medical services, namely, maintenance in the nature of fitting and adjustment of artificial limbs, orthopedic devices, prosthetic devices and cranial remodeling devices" in International Class 44.

11.     On September 10, 2018, the U.S. Patent and Trademark Office ("USPTO") refused to publish O&PCI's '850 Application for the  design, citing likelihood of confusion with Level Four's prior '871 Application for the word mark "RESTORE OPC."

12.     On or around October 17, 2018, Level Four launched a website hosted at <restoreopc.com> where it began using the marks shown in Level Four's '871 Application ("RESTORE OPC") and '042 Application (  ).

13. On October 23, 2018, the USPTO published Level Four's '871 Application

("RESTORE OPC") and the '042 Application (  ) in the Official Gazette.

14. Notably, in publishing the '871 Application and the '042 Application for Opposition, the USPTO did not cite any likelihood of confusion with O&PCI's '850 Application

(  ).

15. On October 23, 2018, O&PCI filed Opposition No. 91244312 against Level Four's '871 Application and Level Four's '042 Application with the Trademark Trial and Appeal Board ("TTAB").

16. On October 23, 2018, O&PCI filed its complaint in the above-captioned action (the "Complaint") alleging that Level Four was violating O&PCI's alleged trademark rights in the letters "OPC" and the design  . Specifically, O&PCI's Complaint brings claims against Level Four of unfair competition under the Lanham Act (15 U.S.C. § 1125(a)), trademark infringement under Florida common law, and unfair competition under Florida common law.

17. On information and belief, the running man drawing shown in O&PCI's '850

Application (  ) and in the design asserted by O&PCI in its Complaint (

 ) are both copies and/or derivative works based on an image owned by Shutterstock that was available at <shutterstock.com/image-vector/athletic-

83585596> (the "Shutterstock Running Man"), as shown below.



Shutterstock Running Man formerly available at
https://www.shutterstock.com/image-vector/athletic-83585596

Design in O&PCI's '850 Application

Design from O&PCI Complaint ¶ 21

18.     On information and belief, Shutterstock is a stock photography company that licenses copyrighted images from its library to users for a fee.

19.     On information and belief, Shutterstock's terms of service for photography licenses states that licensees may not use any licensed images, in whole or in part, as a trademark, service mark, logo, or other indication of origin, or as a part thereof.

20.     On information and belief, O&PCI does not have a license to use the Shutterstock Running Man as a trademark, or to create a derivative work based on the

Shutterstock Running Man for use as a trademark.

21.     On information and belief, O&PCI does not have a license to use the Shutterstock Running Man, or to create a derivative work based on the Shutterstock Running Man, for any purpose.

22.     On information and belief, O&PCI has no exclusive rights in the Shutterstock Running Man or any derivative works based on the Shutterstock Running Man.

23.     O&PCI therefore comes to this Court with unclean hands by filing its Complaint that seeks an injunction against Level Four based on O&PCI's alleged trademark rights in the unauthorized copied design shown in O&PCI's '850 Application (  ) and the design shown in O&PCI's Complaint (                                    ).

**FIRST COUNTERCLAIM**
**(Declaratory Judgment that O&PCI's Use of the Letters "OPC"**
**is Generic or Descriptive and Lacks Acquired Distinctiveness)**

24.     Level Four repeats and realleges the allegations set forth in the preceding counterclaim paragraphs as if set forth fully in this paragraph.

25.     An actual controversy has arisen and now exists between Level Four and O&PCI in that O&PCI has opposed Level Four's registration of the marks shown in the '871 Application and the '042 Application, and in that O&PCI alleged in its Complaint that Level Four's RESTORE OPC word mark and                     design mark infringe O&PCI's alleged trademark rights in the letters "OPC" and the design

.

26.    On information and belief, O&PCI uses the letters "OPC" and the design

 in connection with the operation of orthotic and

prosthetic centers that fabricate and fit orthotic and prosthetic devices.

27.    On information and belief, the letters "OPC" as used by O&PCI stands for

"Orthotic and Prosthetic Centers."

28.    The letters "OPC" are commonly used in the orthotics and prosthetics field, as

shown, for example and without limitation, at <opc1.com>, <opchealth.com>,

<americanopc.com>, <myopclinic.com>, <coleopc.com>, <gulfcoastopc.com>,

<opcanada.com>, <centeropcare.com>, <aopanet.org/resources/opc-benchmarking-survey>,

<oandpcenters.com>, and <opc2018.ca>.  *See* the website screen shots shown in **Exhibit 1.**

29.    O&PCI's use of the letters "OPC" is generic or descriptive.

30.    O&PCI has not offered any survey or other evidence of consumer recognition of

the letters "OPC" as a source identifier or trademark of O&PCI or of any single source.

31.    O&PCI's use of the letters "OPC" lacks acquired distinctiveness through

secondary meaning.

32.    Accordingly, Level Four is entitled to a declaration that O&PCI's use of the

letters "OPC" is generic or descriptive and lacks acquired distinctiveness through secondary

meaning.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement)

33.     Level Four repeats and realleges the allegations set forth in the preceding counterclaim paragraphs as if set forth fully in this paragraph.



34.     Level Four's use of the RESTORE OPC word mark and design mark does not and will not (a) constitute unfair competition or a false designation of origin in violation of Lanham Act § 43(a) (15 U.S.C. § 1125(a)); (b) constitute common law trademark infringement under the laws of the State of Florida; or (c) constitute unfair competition under the laws of the State of Florida; or (d) otherwise violate state or federal statutory or common law.

35.     O&PCI has not offered any evidence of actual confusion.

36.     O&PCI has not offered any consumer survey or other evidence of likelihood of confusion.

37.     Accordingly, Level Four is entitled to a declaration that its use of the RESTORE OPC word mark and  design mark does not and will not infringe any legitimate trademark rights owned by O&PCI in the letters "OPC" and the design mark  , and that Level Four's use of the RESTORE OPC word mark and  will not otherwise violate state or federal statutory or common law.

## JURY DEMAND

Level Four hereby requests a jury on all claims triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Level Four respectfully requests that this Court:

(i)     Enter judgment in favor of Level Four on all of O&PCI's claims and dismiss the

        Complaint with prejudice;

(ii)    Enter judgment in favor of Level Four and against O&PCI on Counts 1 and 2 of

        Level Four's Counterclaims;

(iii)   Declare this case exceptional and that Level Four is the prevailing party;

(iv)    Award Level Four its attorneys' fees, costs and expenses; and

(v)     Award such other and further relief as the Court deems just and proper.

Dated: January 9, 2019                          Respectfully submitted,

                                                */s/ John J. Cotter* _____
                                                Jonathan B. Morton
                                                Florida Bar No.: 956872
                                                K&L Gates LLP
                                                Southeast Financial Center
                                                200 S Biscayne Blvd Ste. 3900
                                                Miami, FL 33131
                                                Tel: 305 539 3300
                                                Fax: 305 358 7095
                                                jonathan.morton@klgates.com

                                                John J. Cotter (*pro hac vice*)
                                                Eric W. Lee (*pro hac vice*)
                                                K&L Gates LLP
                                                One Lincoln Street
                                                Boston, MA 02111
                                                Tel: 617 261 3178
                                                Fax: 617 261 3175
                                                john.cotter@klgates.com
                                                eric.lee@klgates.com

                                                Frank L. Politano (*pro hac vice*)
                                                K&L Gates LLP

One Newark Center, Tenth Floor
Newark, NJ 07102
Tel: 973 848 4150
Fax: 973 556 1570
frank.politano@klgates.com

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*Level Four Orthotics and Prosthetics, Inc.*

# EXHIBIT 1

We're here to help!
Call us at: 703-698-5007

×



ABOUT US　　SERVICES　　INSURANCE & INFO

CONTACT US

# ORTHOTIC PROSTHETIC CENTER

Where Care and Craft Come Together

## YOUR WELLNESS. OUR PRIVILEGE.

For over 35 years, we've had the privilege of working with truly special people who have overcome profound physical challenges. It is deeply rewarding to help empower our patients to reclaim their lives and get back to doing the activities they love. Along our journey together, we often develop long lasting friendships, blurring the lines between patient and caregiver. Some of our patients have partnered with us for more than 30 years.

**CONTACT US**





# WE START WITH CARE

### THE OPC DIFFERENCE

Our OPC staff is what sets us apart. Dedicated to their craft and personalized patient care, our employees provide unmatched expertise in both prosthetics and orthotics. And when what you need is expert insurance advice, we've got you covered. Our

seasoned insurance specialists will help you to navigate the complex insurance world like a pro. The majority of our highly skilled employees have been with OPC for more than 10 years. We are a close-knit company, unified by our common goal of providing the highest quality care and componentry to our patients.

## Practitioners







### Elliot Weintrob, CPO | President

Elliot is the President of OPC and an ABC certified prosthetist/orthotist. He serves as Vice Chairman and co-founder of the Virginia Orthotic Prosthetic Association (VOPA). Elliot has been

### Ben Koch, CP | Director of Prosthetics

Ben is OPC's Director of Prosthetics and an ABC certified prosthetist. He joined OPC in 2005. In addition to his work with lower limb amputees, Ben is an expert in upper extremity prostheses.

### Jon Jaskiewicz, CPO | Director of Orthotics

Jon is OPC's Director of Orthotics and an ABC certified prosthetist/orthotist. He joined OPC in 2004. Jon is a graduate of the College of William and Mary. He began his

working in the prosthetic industry for over 25 years, treating patients who range in age from 6 months to 95 years. For over 10 years he was a consultant for Ossur, teaching prosthetic fitting techniques and component design to other practitioners throughout the country and abroad.

Ben prides himself on keeping an open mind and exploring the various prosthetic options that are available to each individual patient, always while balancing their specific needs, goals, and expectations.

career in 1990 at Gillette Children's Hospital, St. Paul, MN and has since practiced in a variety of clinical settings. He has lectured at the Johns Hopkins University Department of Biomedical Engineering.

**MEET OUR TEAM**





# WE TAKE PRIDE IN OUR CRAFT

### THE PROOF IS IN YOUR PROGRESS

We integrate the latest technologies that enable us to create

the most comfortable & natural artificial limbs and braces.

Lightweight plastics, rugged carbon fiber, and soft silicone

liners make it possible for everyone, including athletes, to maximize his or her endurance and comfort.

## Prosthetics



## Orthotics



LEARN MORE

LEARN MORE

## OUR LOCATIONS

**OPC | Fairfax**

**Headquarters**

**8330 Professional Hill**

**Drive**

**Fairfax, VA 22031**

**(703) 698-5007**

info@opc1.com

**Hours: Monday to Friday**

**9am - 5pm**

OPC | Rockville

5810 Hubbard Drive

Rockville, MD 20852

(301) 770-6246

Hours: By appointment
only

OPC | Leesburg

224 Cornwall Street NW

Leesburg, VA 20176

(571) 291-3121

Hours: By appointment
only

CONTACT US














YOU ASKED. **WE LISTENED.**

**FREE** SHIPPING

For all online orders, Australia wide. Account customers only, log in to access.

LEARN MORE

Terms & conditions apply

OPC Health is a registered provider of the **ndis**





## Shop by Brand









## Latest News &

# Events

## Taped on orthoses for athletes

-Monday, 17 September 2018

Low-profile orthoses for returning to sport after thumb or finger injuries.

[DETAILS](#)

## Premax is back

-Tuesday, 27 March 2018

Premax has returned this month with a new and improved formulation to their Premax

[DETAILS](#)

## Neuromuscular Dry Needling Workshops

-Friday, 9 March 2018

On behalf of OPC Health & Select Physio, we would like to extend an invitation to join us for a 2-day

[DETAILS](#)

# Welcome to OPC Health

**OPC Health is an Australian owned, ISO9001 accredited company.**

We have been servicing the Health Industry since 1985 as a national manufacturer and distributor of prosthetic, orthotic, physiotherapy, occupational therapy and podiatry products, electric physiotherapy and chiropractic couches, and electrotherapy and diagnostic ultrasound equipment.

## Connect With Us:



Sign up to our Newsletter for Exclusive News, Discounts and Offers

First Name | Last Name | Enter your email here...



## OPC Health

- About
- Shipping & Returns
- Privacy Policy
- Terms & Conditions

## Customer Services

- Contact
- Sitemap
- Help / FAQ

## Our Offers

- New products
- Recently viewed products
- Search

 03 9681 9666        03 9681 9366        ✉ sales@opchealth.com.au

151-159 Turner Street, Port Melbourne, Victoria 3207

 

Copyright © 2018 OPC Health. All rights reserved. Online store by DBG Technologies, powered by LiveCube

This website uses cookies to ensure you get the best experience on our website

Got it!



| HOME | ABOUT | SERVICES | PATIENTS | PROFESSIONALS | |

## Our Mission

For over 28 years our mission at the American Orthotic Prosthetic Center is to provide the best service to optimize our patient's well-being and quality of life. We will evaluate, measure, cast, manufacture, and fit orthopedic and prosthetic devices, so every patient receives quality personalized care. Both our staff and facilities are American Board for Certification (ABC) certified, so you know you're getting the best standard of care. Our staff also keeps up to date with new industry certification as technology advances. We also give back, not only to our local community by volunteering at the Veterans Healthcare clinics, but to the world as well, with missions in Haiti, Jamaica, and the Philippines.

## Products & Services

We are proud to meet the needs of our clients. Most custom work is done in-house by our qualified staff.

Our Certified Orthotic and Prosthetic experts provide comprehensive evaluation and services at five different locations throughout Virginia.

Learn more about Orthotics and Prosthetics and receive continuing educational hours by participating in our in-service training program. All classes are lead by Board Certified Prosthetist and Orthotist.

Read more



Like Page    Liked    1

You like thisBe the first of your friends to like this

 American Orthotic & Prosthetic Center
about 2 weeks ago

American Orthotic & Prosthetic Center's Clinical Director Michael Smith,CPO, has recently returned from a Prosthetic Mission in the town of Bayabas on the island of Mindanao in the Philippines. This is the continuation of our project to establish a fully functioning Prosthetic & Orthotic

## Our Services

Consultations and evaluations are provided with no obligations. Simply contact one of our Center locations to schedule an appointment or call us Toll-Free (800) 328-9077.

## Locations

Chesapeake, VA: (757) 548-5656
Richmond, VA: (804 ) 353-9077
Hampton, VA: (757) 827-6989
Belle Haven, VA: (757) 442-4417
South Hill, VA: (800) 328-9077 (By

Give us a call:

# Call (757) 548-5656 or (800) 328-

Appointment Only)

**9077**

1521 Technology Drive

Chesapeake , VA

23320

© 2018 American Orthotic and Prosthetic Center, inc., American CMG Services, inc, developed by OP Solutions

Select Language ▼



From our family to yours
We wish you a Merry Christmas
& a Happy and Blessed
New Year

Jim, Elizabeth, Jen
& Yoko

**HOME** | **SUCCESS GALLERY** | **FACILITIES** | **FABRICATION** | **OUR STAFF** | **STAY CONNECTED**



"One Step At A Time..."

## Our Approach

Our friendly staff focuses on a team approach to rehabilitation and is dedicated to providing the most comfortable fit possible. Orthotic & Prosthetic Clinic is the leader on the Treasure Coast in providing the most personalized care.
We do this by listening to the concerns of the patient and family members and educating all involved in the process of providing a specific device to your complete satisfaction.

At Orthotic & Prosthetic Clinic, we assure that you will be seen in a timely manner and offer same day, emergency appointments for new patients and existing patients alike.



## Our Commitment to Excellence

At Orthotic & Prosthetic Clinic, our goal is to help patients live as independently as possible by providing devices which offer the best in fit, function, and cosmetics. We offer a full line of orthotics and prosthetics recognizing that each person is unique and has individual aspirations. Considerations are made with the patient and their family in mind.

## Services We Offer

Orthotic & Prosthetic Clinic serves a full range of patient age groups and disorders from pediatric patients with congenital disorders and trauma to adult and geriatric patients with trauma, disease, or neuromuscular conditions.

## Our Mission



## CALL US TODAY! 772-337-7378

Orthotic and Prosthetic Clinic accepts







### the following insurance plans

- Medicare
- AARP
- BCBS
- Carecentrix
- Cigna
- Humana PPO
- Veterans Administration
- Workers' Compensation
- Vocational Rehabilitation

If you do not see your insurance carrier listed above, please call our office and we will check your benefits to see how we can best assist you.

We can also develop individual payment plans that meet your special needs.

We know how important it is to discover your needs and present options that meet them. With over 20 years of experience partnered with your input, we will create an individually crafted device made just for you.

Read more

© 2016 by Orthotic & Prosthetic Clinic Inc.









American Board for Certification in Orthotics, Prosthetics & Pedorthics




# Cole Orthotic Pediatric Center

**" Pediatic Orthotic Specialists" - Providing state- of- the- art AFOs, KAFOs, TLSOs, Scoliosis Bracing and Cranial Bands for infants and children in Ohio and Michigan.**

Home | Learn More About Us | Services We Offer | Community Events | Location | Related Links | Contact Us



Pediatic orthotics is our only specialty. Cole Orthotic Pediatric Center has been assisting children with disabilities for over 80 years. We work closely with families, pediatric physicians, therapists and special education schools to provide specific orthotic care for each child. We provide a complete line of custom molded pediatric orthoses including SMOs, AFOs, KAFOs, TLSOs, RGOs, night positioning orthoses, standing frames, custom cranial bands and scoliosis braces. Our company offers expedited services for recent surgeries, serial castings, botox or fracture patients. With our long standing pediatric tradition, experience and expertise in mind, Cole Orthotic Pediatric Center and kids go hand-in-hand.

Copyright Cole Orthotic Pediatric Center • Web Designed and Maintained by WIN Publishing • Privacy Practices

Gulf Coast Orthotics & Prosthetics Center, LLC
4120 Woodmere Park Blvd. Suite 7
Venice, FL 34293
**(941) 497-3800**

# Gulf Coast
# Orthotics & Prosthetics
# Center, LLC



| Home | Our Staff | Our Office | Our Services | New Patients | Request an Appointment | Contact Us |

## Welcome to our office

**Gulf Coast Orthotics & Prosthetics Center, LLC**

We are pleased to welcome you to our practice. Our patients deserve to have the information needed to make good choices about their health care. Our goal is to educate each patient and begin a relevant treatment program with the highest quality of care available. That's why we've developed a web site loaded with valuable information about orthotic and prosthetic treatments. Whatever your orthotic or prosthetic need, we'll work together to find the answers that will comfort you and bring you relief.

Our web site also provides you with background about our practitioner, staff, office hours, insurance policies, appointment procedures, maps, directions to our office in Venice, FL and other useful information. We know how hectic life can be and are committed to making our practice convenient and accessible. We want you to feel confident that when you choose Gulf Coast Orthotics & Prosthetics Center, LLC, you're working with a staff of professionals who are qualified, experienced and caring.

Please take a few moments to look through this site to get a better feel for our services. We also invite you to email or call our office at any time to request an appointment or to ask any questions. Thank you.

**Orthotics**

**Prosthetics**

Gulf Coast Orthotics & Prosthetics Center, LLC

Gulf Coast Orthotics & Prosthetics Center, LLC Venice, FL - Gulf Coast Orthotics & Prosthetics Center, LLC,1203 Jacaranda Boulevard., Venice, FL 34292 (941) 497-3800

Copyright © 2016 Officite Disclaimer Patient Privacy

 Call Us! We will be happy to help.

TOLL-FREE: 1-877-536-8162
FAX: 1-888-536-8192

 Español

Like 957







"Thank you for providing me with the BuySAFE guarantee for 30 days." - Malorie

CHECK PRICES NOW

## DISCOUNT CANADIAN ONLINE PHARMACY PRICES

| Crestor 20mg | 84 Tablet | $86.43 |
|---|---|---|
| Synthroid 0.025mg | 90 Tablet | $30.65 |

Get the latest news concerning your health in your inbox today.

Your Email Address      JOIN NOW

One of our Customer Care Specialists will contact you shortly to verbally confirm your order and discuss your payment options.

We have strict policies and procedures in place to safeguard the privacy and security of your personal information.

To verify Canadian pharmacy CIPA certification or Pharmacy Checker certification, click on the images below:

If you reside outside the jurisdiction of British Columbia, Canada and a problem arises with our pharmacy, you can contact the College of Pharmacists at B.C. to report your concern.

   

When you search different websites, they typically end in .com, .org, or .net. Did you know that by the end of this year websites will end in a variety of terms including .pharmacy. Seems simple and convenient, right? Well the .pharmacy domain has implications that could affect your health and everyday life.

The National Association of Boards of Pharmacy (NABP) is bidding to control the .pharmacy domain. If their bid is successful, they will attempt to eliminate any international online pharmacies from importing affordable prescription drugs into the US. What this means for you is that you would no longer be able to purchase online prescription drugs, even from online Canadian pharmacies. This could result in you paying double or even triple the amount for the prescription drugs that you need.

In addition to dispensing from a Canadian pharmacy, we also dispense your medications from international fulfillment centers that are approved by the regulatory bodies from their respective countries. We affiliate with dispensaries in the following jurisdictions that ship product to our customers: Canada, Mauritius, New Zealand, Singapore, Turkey, United Kingdom, India and the United States.

| LATEST BLOG POSTS | TESTIMONIALS |
|---|---|

### Does Laughing Gas Work For Managing Labor Pain?

TweetNitrous Oxide, better known as laughing gas, is quickly gaining interest in the United States as an option for expectant mothers to manage labor pains [1]. A recent study discovered that the use of nitrous oxide is not a very beneficial pain rel...
Read More

### Depression: The Most Common Illness in the World

Tweet The World Health Organization recognizes depression as the most common illness in the world and estimates that 350 million people are affected by depression globally [1]. Depression is a condition where the severity of the condition varies gre...
Read More



**Product Search**

Search for Brand Drugs
Search for Generic Drugs
Search Drugs Alphabetically
Popular Searches

**Customer service**

Over The Counter Drugs
Shipping Information
Privacy
News

Information provided on this website is for general purposes only. It is not intended to take the place of advice from your practitioner.

All trademarks and registered trademarks appearing on this website are the property of their respective owners

 Fight High Prescription Costs   SIGN THE PETITION   Allow Importation From Canad

Contact Us
Sitemap
Blog

Learn More About Ailments

All prescriptions must be presented from a verifiable and licensed physician.
Prescription Medications dispensed from Canada are dispensed by*: York Pharmacy #110-7938 128th St.Surrey, BC V3W 4E8. Phone: 604-598-4679 License No: 08001 Pharmacy Manager: Grace Kim
This pharmacy is duly licensed in the province of British Columbia, Canada by the College of Pharmacists of British Columbia.
If you are a patient from outside of BC and have a problem or concern you may contact the College of Pharmacists of British Columbia at: 200-1765 West 8th Ave Vancouver, BC Canada V6J 5C8
If you have Privacuy concern you may contact the Office of the Information and Privacy Commissioner for British Columbia . www.oipc.bc.ca

Fight High Prescription Costs    SIGN THE PETITION    Allow Importation From Canada

 Center for Orthotic & Prosthetic Care

**Patient Care**
Find out more about COPC and the patient care difference... **more**

**Technology**
Advances in technology can help make life more enjoyable... **more**

**Amputee Clinics**
COPC is proud to be a part of regular amputee clinics... **more**

**Contact Us**
Locations in Kentucky, Indiana, North Carolina and New York... **more**

Home    About Us    Learning Center & Central Fabrication    Employment    In The News    Make Payment    Employee Login



**Our Patients, Our Friends and their stories....**

"When you lose two limbs it could devastate your life.... I recommend the team at COPC to anyone I see who faces the challenges that I have faced."

- Jimmy Wright

Click here to read more 

## Patient Support

Prosthetics
Orthotics
Peer Visitors
Support Groups
Patient Care Coordinator
Circle of Care
Patient Care Manuals
Pediatric Amputee Care
FAQs
Locations
Contact Us

Patient Care at COPC 

**COPC Supports
Breast Cancer Awareness Event in
Johnson City New York**



## Patient Stories

*Check out some of our patients stories ....*

More Patient Stories 

## Peer Visitors

*Peer visitors are individuals who want to share their stories in order to help someone else in a similar situation.*

About Peer Visitors 

## Support Groups

*Information about local amputee support groups in your area. Including other resources.*

About Support Groups 

Email: info@centeropcare.com

Home | About Us | Learning Center & Central Fabrication | Employment/O&P Residency | In The News | For Physicians | Employee Login

Copyright 2011 Center for Orthotic and Prosthetic Care. All Rights Reserved.

Center for Orthotic and Prosthetic Care provides orthotics, prosthetics and artificial arms, legs, feet and below-knee prosthesis for amputees in the greater Raleigh NC, Durham NC, Chapel Hill NC, Greensboro NC, Louisville KY, Lexington KY, Binghamton NY, Elmira NY and New Albany, IN areas.

Raleigh / Durham / Chapel Hill / Greensboro / Garner / Cary / Apex / Morrisville          Artificial leg, artificial arm, artificial foot, artificial limb, prosthetics, below knee

/ Wake Forest NC prosthetic leg, arm, foot, limb and myoelectric prosthesis

Louisville / Frankfort / Lexington KY prosthetic leg, arm, foot, limb and myoelectric prosthesis

New Albany IN prosthetic leg, arm, foot, limb and myoelectric prosthesis

Binghampton / Elmira NY prosthetic leg, arm, foot, limb and myoelectric prosthesis

prosthesis, lower leg prosthesis

Myoelectric prosthesis, transtibial prosthesis, endoskeletal prosthesis

Orthotics



Member? Sign in now.

Custom Search

About    Coding/Reimbursement    Legislative/Regulatory    Members    Education    Media    Publications

Co-OP

OPC Benchmarking Survey

Careers/Job Offerings

Research

AOPA Business Optimization
Analysis Tool (BOAT)

Links to Other Organizations

Patient Information

Informational Videos

Product Directory

The Center for O&P Learning

O&P Accredited Schools

Member/Referral Directory

Glossary

AOPA Home / Resources / **OPC Benchmarking Survey**

# OPC Benchmarking Survey

**How does your O&P Patient Care Facility Measure Up?**

*Are you considering selling your O&P business and need to maximize its value?*

*Do you want to own or manage a financially successful O&P business that aspires to grow?*

Improve the profitability of your business by participating in AOPA's Annual Operating Performance Benchmarking Survey and the Bi-annual Compensation and Benefits survey. It's the largest O&P benchmarking survey in the O&P field.

**Survey participation is free for AOPA patient care facility members. And it is confidential.**

- Identify where your O&P facility needs to improve.
- Understand how your company's financial performance compares with similar sized companies in comparable markets.
- Make informed business decisions based on your company's financial data.

Take the 2018 survey at www.aopa-survey.com before the July 31, 2018 deadline. Survey participants receive a free Company Performance Report and the final published survey report.

Nonparticipants can purchase copies of previously published reports in AOPA's bookstore.

For more information contact AOPA at 571-431-0876.

THE AMERICAN ORTHOTIC &
PROSTHETIC ASSOCIATION

330 John Carlyle Street, Suite 200
Alexandria, VA 22314
Tel: (571) 431-0876
Fax: (571) 431-0899
info@AOPAnet.org

| Home Page | Contact Us | AOPA NETWORK SITES |
| --- | --- | --- |
| About | Events | |
| Coding & Reimbursement | Career Center | AOPANETONLINE.org |
| Legislative and Regulatory | History | Online learning, webcasts, and more |
| Members | Mission | |
| Education | Privacy Policy | LCodeSearch.com |
| Media | Patients | Your 24/7 source for Orthotic & Prosthetic Coding |
| Publications | | |
| Resources | | AOPA Votes |
| O&P Almanac | | Connect with Policymakers |
| Lcodesearch.com | | |



search



Prosthetics



**At the Orthotic and Prosthetic Centers, you'll find professionals
who are dedicated to delivering the highest levels
of quality care for our patients.**

## For Parents & Patients

Overview

Our Services

Spinal Orthoses

Upper & Lower Limb Orthoses

Pediatric Orthotic Solutions

Prosthetics

Make An Appointment

## For Medical Professionals

Overview

Our Services

Our Services

Spinal Orthoses

Upper & Lower Limb Orthoses

Pediatric Orthotic Solutions

Prosthetics

Contact Our Office

# Make a payment

## We make it easy and secure.

Need to make a payment on your account? You can pay online securely. It's easy and convenient.



CLICK HERE TO:
Pay Online
Securely

Our American Board Certified Orthotists and Prosthetists play a crucial role in helping patients achieve and maintain the highest quality of life and rehabilitation goals.
We have a proven track record of expertise in custom fit and fabrication
of spinal, upper and lower limb orthotics and prosthetics.

Our I



## George Boutross

**ABC Certified Prosthetist, Orthotist, CPO**

George Boutross is an ABC Certified Prosthetist / Orthotist and fellow of the American Academ
experience to the practice.

[Read More]



# John Zakrzewski

**ABC Certified Prosthetist, Orthotist, CPO**

John Zakrzewski is a certified Prosthetist, Orthotist with expertise in prosthetics and orthotics. and microprocessor technology integration. John also specializes in adult foot and ankle ortho

[Read More]

**Our I**



## T**OPC** Locations ☆



## Braintree

197 Quincy Avenue
(Route 53)
Braintree, MA 02184

Office: 781 794 9991
Toll Free: 800 634 0606
Fax: 781 794 1769
info@oandpcenters.com

Hours:
Monday – Friday
8:30am – 4:30pm

## Methuen



380 Merrimack Street
Suite 2A
Methuen, MA 01844

Office: 781 794 9991
Toll Free: 800 634 0606
Fax: 781 794 1769
info@oandpcenters.com

Hours:
Tuesday, Thursday, Friday
10:00am – 4:30pm

---

## North Smithfield

63 Eddie Dowling Highway
North Smithfield, RI 02896

Office: 781 794 9991
Toll Free: 800 634 0606
Fax: 781 794 1769
info@oandpcenters.com

Hours:
Alternating Mondays
8:30am – 4:30pm

---

## Plymouth

124 Long Pond Road
Suite 3
Plymouth, MA 02360

Office: 774 773 9739
Fax: 774 773 9679
info@oandpcenters.com



Hours:
Wednesday
8:30am – 5:00pm

---

## West Yarmouth

126B Mid Tech Drive
West Yarmouth, MA 02673

Office: 508 775 2570
Fax: 508 775 7609
info@oandpcenters.com

Hours:
Monday – Friday
8:30am – 5:00pm







| Home | About ▾ | Travel/Accommodations ▾ | Delegates | Exhibitors/Sponsors ▾ |

Programming ▾    Abstracts/Presentations

## SAVE THE DATE! AUGUST 5-8, 2020 OPC National Conference in Fredericton, NB

● ●

## About Ottawa



The Nation's capital, Ottawa is a cosmopolitan and picturesque city that boasts as much accessible nature as cultural sites and famous landmarks. Discover Canada's heritage by walking along the Rideau Canal (a UNESCO World Heritage Site) or exploring world-class museums and art galleries.

**Ottawa Tourism**

**City of Ottawa**

## The Westin Hotel



The Westin Hotel is located in the heart of the Ottawa downtown core with stunning views of Parliament Hill and the famous Rideau Canal. A block of rooms has been reserved for the OPC National Conference Delegates.

**The Westin Hotel Ottawa**

## Sponsors & Exhibitors



Develop relationships with new prospects and strengthen ties with existing clients at the largest gathering of O&P professionals in Canada.

## Planning Committee

**Committee Chair:**
Paul J. Osborne, CP(c), FCBC

**Committee Members:**

Christa Bell, CO(c)
Jacci Bowie, RTPO(c)
Jarrod Eccles, RTO(c)
Anna Gibbs, RTP(c)
Chris Hemperek, RTO(c)
Connor Pardy, CPO(c)
Sam Smith, CP(c)


**OPC Staff:**
Dana Cooper
Sandra Fyfe
Lindsay Pealow
Kathryn Cyr

## Contact Us

OPC National Office:
Orthotics Prosthetics Canada
202 – 300 March Road
Ottawa ON K2K 2E2

Telephone: 613.595.1919
Fax: 613.595.1155
Web: www.opcanada.ca
Email: info@opcanada.ca

Inquiries: Sandra Fyfe at sandra@opcanada.ca

Copyright© 2017, Orthotics Prosthetics Canada (OPC). All Rights Reserved.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Case of the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

*/s/ John J. Cotter*

## SERVICE LIST
8:18-cv-02609-SDM-SPF

| | |
|---|---|
| **Stephen J. Leahu, Esq.**<br>Email: sleahu@brinksgilson.com<br>**Alejandro J. Fernandez, Esq.**<br>Email: afernandez@brinksgilson.com<br>Brinks Gilson & Lione<br>SunTrust Financial Center<br>401 E. Jackson St., Suite 3500<br>Tampa, FL 33602-5225<br>Tel.: 813.275.5024<br>Fax: 813.275.5021<br><br>*Attorney for Plaintiff Orthotic & Prosthetic Centers, Inc.* | **Jonathan B. Morton, Esq.**<br>Florida Bar No.: 956872<br>K&L Gates LLP<br>Southeast Financial Center<br>200 S Biscayne Blvd Ste. 3900<br>Miami, FL 33131<br>Tel: 305 539 3300<br>Fax: 305 358 7095<br>jonathan.morton@klgates.com<br><br>**John J. Cotter, Esq.** (*pro hac vice*)<br>**Eric W. Lee, Esq.** (*pro hac vice*)<br>K&L Gates LLP<br>One Lincoln Street<br>Boston, MA 02111<br>Tel: 617 261 3178<br>Fax: 617 261 3175<br>john.cotter@klgates.com<br>eric.lee@klgates.com<br><br>**Frank L. Politano, Esq.** (*pro hac vice*)<br>K&L Gates LLP<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102<br>Tel: 973 848 4150<br>Fax: 973 556 1570<br>frank.politano@klgates.com<br><br>*Attorneys for Defendant, Level Four Orthotics and Prosthetics, Inc.* |