**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

CASE NO.  8:18-cv-2609-T-23SPF                     DATE:  January 4, 2019

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

ORTHOTIC & PROSTHETIC CENTERS, INC.        Alejandro Fernandez
                                                                                                Stephen Leahu
                                                                                                Attorneys for Plaintiff

v.

LEVEL FOUR ORTHOTICS AND                         Geoffrey Sessions
PROSTHETICS, INC.                                              Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon            COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 9:57 - 10:04              TOTAL: 0:07         COURT RPTR: Digital

PROCEEDINGS: Case Management Report Hearing

Parties agree on Case Management Report.

Parties to file an Amended Case Management Report no later than February 7, 2019.

Court Order to follow.