UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORTHOTIC & PROSTHETIC
CENTERS, INC.,

    Plaintiff,

v.                                                                  CASE NO. 8:18-cv-2609-T-23SPF

LEVEL FOUR ORTHOTICS
AND PROSTHETICS, INC.,

    Defendant.
_____/

## **ORDER**

    The plaintiff moves (Doc. 48) for leave to file a reply.  Because the plaintiff fails to comply with Local Rule 3.01(g), because a reply is disfavored under the Local Rules, because history establishes that a reply is seldom useful, because nothing in the pleadings and other papers in this action persuasively evidences the need for a reply, and because an instance of leave to reply tends toward the unwarranted expectation of a further instance of leave to reply, the motion (Doc. 48) is **DENIED**.

    ORDERED in Tampa, Florida, on March 7, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE